UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**CHARLES ROBERT STOUT**                                  **CASE NO. 6:22-CV-06036**

**VERSUS**                                                                      **JUDGE TERRY A. DOUGHTY**

**SMITH INTERNATIONAL INC., ET AL.**            **MAG. JUDGE WHITEHURST**

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 33] having been considered, no objections thereto being filed, and finding that the same is supported by the law and evidence,

**IT IS ORDERED** that Smith International, Inc.'s Motion to Dismiss [Doc. No. 12] and Nicole Martin and Amy O'Conner's Motion to Dismiss [Doc. No. 13] are **GRANTED**. Plaintiff's claims for breach of fiduciary duties and all claims against Martin and O'Conner are **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers on this 13th day of April, 2023.

_____
Terry A. Doughty
United States District Judge