UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **CHARLES ROBERT STOUT** | **CIVIL ACTION NO. 22-cv-6036** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **SMITH INTERNATIONAL INC ET AL** | **MAG. JUDGE CAROL B. WHITEHURST** |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 69] previously filed herein, having thoroughly reviewed the record, including the Objection [Doc. No. 72] filed by Plaintiff Charles Robert Stout ("Stout"), and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, MetLife's termination of benefits is **UPHELD** and Stout's Appeal is hereby **DISMISSED**.

THUS DONE AND SIGNED at Monroe, Louisiana, this the 9th day of August 2024.

**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**